IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EUGENE SMITH; ELIZABETH
D. SMITH; and KIEL D. SMITH                                    PLAINTIFFS

v.                           No. 3:18-cv-196-DPM

ARMOR BANK; BIG CREEK
BANCSHARES, LLC; MARK
WALDRIP, Chairman; and ALEX
MORGAN, Assistant U.S. Attorney                                DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 December 2018