IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EUGENE SMITH; ELIZABETH
D. SMITH; and KIEL D. SMITH                                    PLAINTIFFS

v.                      No. 3:18-cv-196-DPM

ARMOR BANK; BIG CREEK
BANCSHARES, LLC; MARK
WALDRIP, Chairman; and ALEX
MORGAN, Assistant U.S. Attorney                                DEFENDANTS

## ORDER

Last week, the Court dismissed Smith's complaint without prejudice. № 5 & 6. His new motion for injunctive relief, № 7, is denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

10 December 2018